UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case |
|---|---|
| | **FILED: JUNE 19, 2008** <br> **08CV3523** <br> **JUDGE KENDALL** <br> **MAGISTRATE JUDGE BROWN** <br> **AEE** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| | |
|---|---|
| SIGNATURE | |
| FIRM | |
| STREET ADDRESS | |
| CITY/STATE/ZIP | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?           YES           NO | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?          YES           NO | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?            YES           NO | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES      NO | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL            APPOINTED COUNSEL | |

Case 1:08-cv-03523    Document 7    Filed 06/19/2008    Page 2 of 2