| Form **BCA-5.25** (Rev. Jan. 2003) | AFFIDAVIT OF COMPLIANCE FOR SERVICE ON SECRETARY OF STATE UNDER THE BUSINESS CORPORATION ACT | File # 6583-2259 |
|---|---|---|
| Jesse White<br>Secretary of State<br>Department of Business Services<br>Springfield, IL 62756<br>217-524-6748<br>www.cyberdriveillinois.com | This space for use by Secretary of State.<br>**FILED**<br>JUL 1 6 2008<br>JESSE WHITE<br>SECRETARY OF STATE | SUBMIT IN DUPLICATE<br>Date:<br>Filing Fee: $10<br>Approved: PM |
| Remit payment in check or money order payable to Secretary of State. | | |

1. Title and Number of Case:

   Laborers Pension Fund, et al.    first named plaintiff
   v.
   Northern IL Installations Inc.,   first named defendant
   an Illinois corporation

   Number 08 cv 3523

2. Name of corporation being served: Northern IL Installations Inc.
3. Title of court in which an action, suit or proceeding has been commenced: USDC, N. Dist. E. Div.
4. Title of instrument being served: Summons and Complaint
5. Basis for service on the Secretary of State: (check and complete appropriate box)

   a. ☒ The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

   b. ☐ The corporation has failed to appoint and maintain a registered agent in Illinois.

   c. ☐ The corporation was dissolved on _____, _____ ; the conditions
                                        Month & Day    Year
   of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or has affected the corporation within five (5) years thereafter.

   d. ☐ The corporation's authority to transact business in Illinois has been withdrawn/revoked (circle one) on _____, _____ .
                        Month & Day    Year

   e. ☐ The corporation is a foreign corporation that has transacted business in Illinois without procuring authority, contrary to the provisions of the Business Corporation Act of 1983.

6. Address to which the undersigned will cause a copy of the attached process, notice or demand to be sent by certified or registered mail: Northern IL Installations c/o William K. Reinke, RA
   1904 Sleepy Hollow Rd, Sleepy Hollow IL 60118

7. The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

   _Amy N. Carollo_                    July 10, 2008
   Signature of Affiant                 Month & Day    Year

   ( 312 ) 692-1540
   Telephone Number

**Return to (please type or print clearly):**

Fund Counsel, Laborers Pension Fund
Name
111 W. Jackson Blvd., Suite 1415
Street
Chicago, IL 60604
City/Town  State  ZIP

Printed by authority of the State of Illinois. June 2005 — 5M — C 213.10