IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABORERS' PENSION FUND and | ) | |
| LABORERS' WELFARE FUND OF THE | ) | |
| HEALTH AND WELFARE DEPARTMENT | ) | |
| OF THE CONSTRUCTION AND GENERAL | ) | |
| LABORERS' DISTRICT COUNCIL OF | ) | |
| CHICAGO AND VICINITY, and JAMES S. | ) | Judge Kendall |
| JORGENSEN, Administrator of the Funds, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 08 C 3523 |
| v. | ) | |
| | ) | |
| NORTHERN ILLINOIS INSTALLATIONS, | ) | |
| INC., an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:   Northern Illinois Installations, Inc.
      c/o William Reinke
      1904 Sleepy Hollow Road
      Sleepy Hollow, IL 60118

     PLEASE TAKE NOTICE that at **9:00 a.m. on August 19, 2008** or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge Virginia Kendall, Room 2319, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present **Plaintiffs' Motion for Order of Default and to Compel an Audit**, a copy of which is herewith served upon you.

August 12, 2008                                              Laborers Pension Fund, et al.

                                                                                                                    By: /s/ Amy N. Carollo

Office of Fund Counsel
111 West Jackson Blvd., Suite 1415
Chicago, IL  60604
(312) 692-1540

## **PROOF OF SERVICE BY MAIL**

    The undersigned certifies that on this 12th day of August, 2008 she served this notice to the above addressee(s) via U.S. Mail.

/s/ Amy N.Carollo