UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Laborers' Pension Fund, et al.
                    Plaintiff,

v.                                              Case No.: 1:08−cv−03523
                                                Honorable Virginia M. Kendall

Northern Illinois Installations, Inc.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 18, 2008:

    MINUTE entry before the Honorable Virginia M. Kendall:Status hearing held. Plaintiffs' motion for default judgment will be heard tomorrow as noticed.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.