Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 3523 | DATE | 8/19/2008 |
| CASE TITLE | LABORERS' PENSION FUND et al vs. NORTHERN ILLINOIS INSTALLATIONS INC | | |

**DOCKET ENTRY TEXT**

Defendant fails to appear. Plaintiffs' motion for entry of default and audit is granted. Prove up hearing is set for October 7, 2008 at 9:00 am.

Docketing to mail notices.

■ [ For further detail see separate order(s).]

00:05

| | Courtroom Deputy Initials: | JS |
|---|---|---|