

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, ) ) ) ) ) ) ) | Judge Kendall |
| Plaintiffs, ) ) v. ) ) NORTHERN ILLINOIS INSTALLATIONS, ) INC., an Illinois corporation, ) ) Defendant. ) | Case No. 08 C 3523 |

## ORDER

This matter having come to be heard on the Motion of Plaintiffs Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity and James S. Jorgensen, Administrator of the Funds ("Funds") Order of Default and to Compel an Audit, due notice having been given, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

1. Defendant Northern Illinois Installations, Inc., ("Defendant") is in default.

2. The Defendant is hereby directed to promptly submit benefit reports and contributions for the period of March 2008 forward, submit dues reports and dues for the period of April 2008 forward, and its books and records to an audit for the period of November 1, 2007 forward.

3. The Defendant is hereby directed to promptly obtain and maintain a bond.

IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enter judgment in sum certain upon the completion of the audit, including interest, liquidated damages, accumulated liquidated damages, audit costs, reasonable attorneys' fees and costs and such other and further relief as this Court deems to be just and appropriate.

ENTER:

*[signature]*

The Honorable Judge Virginia M. Kendall
United States District Court Judge

Dated: 8-19-08